UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

ESTATE OF YONADAV HIRSHFELD, :

et al., :

Plaintiffs, :

-against- : Case No. 1:18-cv-1982

THE BANK OF CHINA LIMITED, :

Defendant. :

---------------------------------------------------x

## DECLARATION OF SERVICE OF PROCESS

I, Paul G. Gaston, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am one of the attorneys representing the Plaintiffs in this matter.

2. Pursuant to an agreement with Defendant, through its attorney, on May 18, 2018, I effected service by email of the Summons and Complaint upon Defendant's counsel, Lanier Saperstein and the law firm of Dorsey & Whitney LLP.

3. Defendant's counsel expressly represented that the Defendant had authorized him to accept service in this manner.

4. On May 21, 2018, by return email, Defendant's counsel confirmed that he received service of the Summons and Complaint on May 18, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
June 4, 2018

Paul G. Gaston

1