UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF YONADAV HIRSHFELD, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> THE BANK OF CHINA LIMITED, <br><br> Defendant. | 18 Civ. 1982 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

For good cause shown, the parties are entitled to file their infant compromise papers under seal. The documents shall be filed under seal, with viewing privileges limited to the Court, court personnel, and parties only.

SO ORDERED.

Dated: April 7, 2020
       New York, New York

*/s/ Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge